

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00180-CV

Amanda **JAFFE**,
Appellant

v.

**REPSOL OIL & GAS USA, LLC**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0015-CV-A
Honorable Patrick L. Flanigan, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the joint agreed motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Each party shall bear its own costs of appeal.

SIGNED October 19, 2022.

_____
Rebeca C. Martinez, Chief Justice